# AFFIDAVIT OF
# JEFFREY F. CALDWELL
# 09/08/2020

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Michael "Dalton" Bickley, | C.A. NO.: 3:19-cv-02598-SAL |
| Plaintiff, | |
| v. | **AFFIDAVIT OF JEFFREY F. CALDWELL** |
| Lexington County School District 1; South Carolina Board of Education; South Carolina High School League; Lexington Baseball Club, | |
| Defendants. | |

PERSONALLY APPEARED BEFORE ME, the undersigned, Jeffrey F. Caldwell, being duly sworn according to the law, depose and say as follows:

1. I have been employed by Lexington County School District One ("the District"), for a total of 31 years. For the last 3.5 years I have been the District's Chief Student Services Officer. Prior to that, I served as the Director of Student Services of 10.5 years.

2. In my current role, I oversee and am responsible for several departments, including the Department of Student Administration. The Department of Student Administration is responsible for processing recommendations for student expulsions. The Department of Student Administration is also responsible for all records related to student expulsions, including, in this case, Mr. Bickley's discipline records, which are attached as Exhibit A to this Affidavit. As such, I am the custodian of those records. These records are regularly made at the time of the disciplinary event, by someone with knowledge of the student's behavior, and are kept in the ordinary course of the District's business.

3. I am familiar with the District's expulsion process generally, and I am also familiar with the facts and circumstances related to the recommendation for expulsion for Michael "Dalton" Bickley, the Plaintiff in the above case.

4. I am attaching to this affidavit as Exhibit B, Mr. Bickley's "Expulsion Packet," which includes all communications to the student and his parents related to the expulsion, the evidence supporting the recommendation for expulsion, and the findings by all of the decision makers in the expulsion process.

5. On March 10, 2017, a 'Notice of Suspension and Initiation of Expulsion Procedures" ("Notice") was sent "to the parents of Michael Dalton Bickley, 169 Sandpaper Way Apt. C, Lexington, SC 29072." The Notice was signed by Melissa Rawl, Principal, Lexington High School and cited "Repeated Discipline Violations" as the reason for the recommendation for expulsion. The Notice also stated that the hearing was scheduled to take place before a District Hearing Officer on March 16, 2017 at 9:30 a.m. in the Lexington District One Student Services Office, located at 100 Tarrar Springs Road, Lexington, South Carolina. (Exhibit B, p. 023).

6. On March 16, 2017, Mr. Bickley attended the hearing with his mother, Teena Gibson and his attorney, Elizabeth Hyatt, Esq. The hearing officer was Brian Barrineau. David Seddon, Assistant Principal at Lexington High School, presented the facts supporting the recommendation for expulsion. (Exhibit B, p. 007).

7. The Expulsion packet contains a detailed listing of the disciplinary infractions for which Bickley had been recommended for expulsion. (Exhibit B, p. 009-030). The disciplinary records (Exhibit A) are the source documents for the detailed listing presented at the hearing.

8. Bickley was permitted to address the Hearing Officer, present evidence on his behalf, and question Mr. Seddon.

9. On March 16, 2017, the hearing officer issued his decision in a letter to Ms. Gibson. (Exhibit B, p. 003). The hearing officer determined that the basis for the recommendation for expulsion was substantiated. Instead of expulsion, the hearing officer decided to transfer Bickley to the FOCUS program, which is the District's alternative school, located at the Rosenwald Community Learning Center. Bickley was assigned to the FOCUS program for 30 days. Bickley was notified of his right to appeal the hearing officer's decision to me as the Chief Student Services Officer within five (5) days upon receipt of the notification.

10. Bickley appealed the hearing officer's decision to me. I heard the appeal in my office on March 29, 2017.  (My decision letter states that the hearing was on March 16, 2017; this is a typo). Bickley's mother and attorney attended the hearing. Bickley did not attend the appeal hearing.  (Exhibit B, p. 001).

11. On April 3, 2017, I sent a letter to Ms. Gibson with my formal written decision.  I upheld the Hearing Officer's report and sanctioning recommendations. I also informed Bickley of his right to further appeal my decision to the Chief Operations Officer Jeff Salters within five days from the date of my letter.  (Exhibit B, p. 001).

12. Bickley chose not to appeal further.

13. After the appeal to me, Bickley would have had two more levels of appeal at the District level. Thereafter, if he were still dissatisfied with the outcomes, he could have appealed to the Lexington School District One School Board.

14. Bickley was eligible to return to Lexington High School on April 27, 2017. (Exhibit B, p. 001). He did so and completed the school year.

15. For the 2017-2018 school year, Bickley attended River Bluff High School.

16. I am also aware of the incident in the fall of 2015 during which Mr. Bickley was removed from a football game for throwing Skittles candy from the stands at other students.  I am aware that he gave false information to school officials and to law enforcement officers.  I am aware that he was charged by the Lexington County Sheriff's Department for giving a false name.  I am attaching to this affidavit a copy of the LCSD incident report that is in the possession of the District as Exhibit C.

17. The District is not typically involved in LCSD charging decisions. In this case, the District had absolutely nothing to do with the LCSD's decision to bring charges against Bickley.

**AFFIANT FURTHER SAYETH NOT!**

_____    9-8-20
Jeffrey F. Caldwell              Date

**SWORN** to before me this _8th_
day of September __, 2020.

_____
My Commission Expires: _February 4, 2026_

# EXHIBIT "A"



**Lexington High School
2016-2017 Discipline Referral**

## Discipline Referral
### 3/16/17

**2016 - 2017**

### General Information:

Incident date: 3/10/2017

Time of incident: 10:48:00 AM

Student Name:  Dalton Bickley

Grade: 9th

Location of Incident: Classroom

Referring By: Cummings

Incident ID Number: 356558

Administrator: David Seddon

### Incident Information:

Behavior Incident: Cutting Class-4th offense

Description of Incident: At 3:24,student left class prior to being released at the bell. On Wednesday student and I spoke about the incident, to which he acknowledged wrong-doing. OSS for 2 days and recommendation for expulsion due to repeated school violations.

### Consequence Information:

Consequence: Out-of School - Pending Expulsion

Number of Days for the Consequence: 5

Date(s) consequence is to be served by: 3/16/2017

Please talk to your student about his or her behavior in this incident. Thank you for your support in correcting this behavior. If you have any questions/concerns, please contact us at 803.821.3400.

Lexington County School District One does not discriminate on the basis of race, color, religion, national origin, sex, disability or age in admission to, access to, treatment in or employment in its programs and activities.



**Lexington High School**
**2016-2017 Discipline Referral**

## Discipline Referral
**3/7/17**

**2016 - 2017**

**General Information:**

| | |
|---|---|
| Incident date: 3/7/2017 | Time of incident: 1:00:00 PM |
| Student Name: Dalton Bickley | Grade: 9th |
| Location of Incident: Classroom | Referring By: Wilkins, R |
| Incident ID Number: 353905 | Administrator: Sherry Walters |

**Incident Information:**

Behavior Incident: Inappropriate Behavior-3rd offense

Description of Incident: Student was sleeping in class. He had been given multiple warnings. Conference with student , gave him an additional ISS-the next offense will result in OSS and expulsion recommendation.

**Consequence Information:**

Consequence: In-School Suspension

Number of Days for the Consequence: 1

Date(s) consequence is to be served by: 3/16/2017

Please talk to your student about his or her behavior in this incident. Thank you for your support in correcting this behavior. If you have any questions/concerns, please contact us at 803.821.3400.

Lexington County School District One does not discriminate on the basis of race, color, religion, national origin, sex, disability or age in admission to, access to, treatment in or employment in its programs and activities.



**Lexington High School**
**2016-2017 Discipline Referral**

*3*

## Discipline Referral
## 2/27/17

**2016 - 2017**

**General Information:**

Incident date: 2/22/2017

Time of incident: 9:46:00 AM

Student Name:  Dalton Bickley

Grade: 9th

Location of Incident: Classroom

Referring By: Klar

Incident ID Number: 346478

Administrator: David Seddon

**Incident Information:**

Behavior Incident: Cutting ILT Class-3rd offense

Description of Incident: Student did not complete 3 days of mandatory ILT in the Math Lab

**Consequence Information:**

Consequence: Out-of-School Suspension

Number of Days for the Consequence: 1

Date(s) consequence is to be served by: 2/28/2017

Please talk to your student about his or her behavior in this incident. Thank you for your support in correcting this behavior. If you have any questions/concerns, please contact us at 803.821.3400.

Lexington County School District One does not discriminate on the basis of race, color, religion, national origin, sex, disability or age in admission to, access to, treatment in or employment in its programs and activities.



**Lexington High School
2016-2017 Discipline Referral**

## Discipline Referral
### 1/20/17

**2016 - 2017**

---

**General Information:**

Incident date: 1/20/2017

Time of incident: 8:25:00 AM

Student Name:  Dalton Bickley

Grade: 9th

Location of Incident: During School Hours

Referring By: Stevenson, J.

Incident ID Number: 323380

Administrator: David Seddon

---

**Incident Information:**

Behavior Incident: Tardy-1st set of school

Description of Incident: Tardy-1st set of school-1/13, 1/19, 1/20

---

**Consequence Information:**

Consequence: Detention

Number of Days for the Consequence: 1

Date(s) consequence is to be served by: 1/27/2017

---

Please talk to your student about his or her behavior in this incident. Thank you for your support in correcting this behavior. If you have any questions/concerns, please contact us at 803.821.3400.

Lexington County School District One does not discriminate on the basis of race, color, religion, national origin, sex, disability or age in admission to, access to, treatment in or employment in its programs and activities.

# LEXINGTON HIGH SCHOOL

2463 Augusta Highway
Lexington, SC 29072
Phone: 821-3400

Date: December 2, 2016

To the parents of: Dalton Bickley

## NOTICE OF IN-SCHOOL SUSPENSION

This is to inform you that Dalton Bickley has been assigned In-School Suspension for a period of 1 day(s). The date(s) of suspension is/are December 6, 2016. Dalton Bickley is expected to request his/her work from his/her teachers for the day he/she will be in In-School. Dalton Bickley is expected to work the entire day.

**In-School Suspension <u>must</u> be served. Any student that fails to attend In-School on his/her assigned day will be required to attend the next day they return. If a student violates In-School rules, the parent/guardian will be required to pick up the student. The student will receive an Out-of-School Suspension for the day he/she is removed and will be required to serve In-School the next day he/she returns to school.**

The reason for this action is that Dalton Bickley cut ILT class on 11/29/16.

Will Verburg
Assistant Principal
mds

Lexington County School District One does not discriminate on the basis of race, color, religion, national origin, sex, disability or age in admission to, access to, treatment in or employment in its programs and activities.

6

# LEXINGTON HIGH SCHOOL

2463 Augusta Highway
Lexington, SC  29072
Phone: 821-3400

Date:  December 1, 2016

To the parents of: Dalton Bickley

## NOTICE OF AFTER-SCHOOL DETENTION

This is to inform you that Dalton Bickley has been placed in After-School Detention for a period of **2 afternoon(s).**  The detention(s) must be completed by December 13, 2016.

*The detention(s) will not be rescheduled without a doctor's excuse.*

**After-School Detention is held from 3:35-4:20 p.m., Tuesday through Thursday, in room A207. The student must be doing school work for the entire detention. The student is responsible for providing his/her own transportation during the term of the After-School Detention. A suspension will be assigned if the terms of the After-School Detention are not met.**

The reason for this action is that Dalton Bickley had the 2nd cell phone violation, had his cell phone out during class time.

*After-School Detention must be served by the date listed in the first paragraph.*

David Seddon
Assistant Principal
mds

Lexington County School District One does not discriminate on the basis of race, color, religion, national origin, sex, disability or age in admission, access to, treatment in or employment in its programs and activities.

# LEXINGTON HIGH SCHOOL

2463 Augusta Highway
Lexington, SC  29072
Phone: 821-3400

Date:  December 1, 2016

To the parents of: Dalton Bickley

## NOTICE OF OUT-SCHOOL SUSPENSION

This is to inform you that Dalton Bickley will be suspended from school for a period of **1** day(s).  The date(s) of suspension is/are **November 30, 2016**.   Dalton Bickley is expected to request his/her work from his/her teachers for the day(s) he/she will be suspended.

The reason for this suspension is that Dalton Bickley failed to complete After School Detention by 11/17/16.

If you wish to discuss this matter in person, please call my office and we will be glad to set up an appointment.

You have the right to appeal the suspension to the Principal following a conference

David Seddon
Assistant Principal
mds

Lexington County School District One does not discriminate on the basis of race, color, religion, national origin, sex, disability or age in admission to, access to, treatment in or employment in its programs and activities.

8

# LEXINGTON HIGH SCHOOL

2463 Augusta Highway
Lexington, SC  29072
Phone: 821-3400

Date:  November 18, 2016

To the parents of: Dalton Bickley

## NOTICE OF AFTER-SCHOOL DETENTION

This is to inform you that Dalton Bickley has been placed in After-School Detention for a period of **2 afternoon(s).**  The detention(s) must be completed by **December 8, 2016**.

*The detention(s) will not be rescheduled without a doctor's excuse.*

**After-School Detention is held from 3:35-4:20 p.m., Tuesday through Thursday, in room A207. The student must be doing school work for the entire detention. The student is responsible for providing his/her own transportation during the term of the After-School Detention. A suspension will be assigned if the terms of the After-School Detention are not met.**

The reason for this action is that Dalton Bickley had a minor computer violation, playing games instead of working on assignments.

*After-School Detention must be served by the date listed in the first paragraph.*

Matt McCormack
Assistant Principal
mds

Lexington County School District One does not discriminate on the basis of race, color, religion, national origin, sex, disability or age in admission to, access to, treatment in or employment in its programs and activities.

*9*

# LEXINGTON HIGH SCHOOL

2463 Augusta Highway
Lexington, SC  29072
Phone: 821-3400

Date:  November 10, 2016

To the parents of: Dalton Bickley

## NOTICE OF OUT-SCHOOL SUSPENSION

This is to inform you that Dalton Bickley will be suspended from school for a period of **1** day(s).  The date(s) of suspension is/are **November 10, 2016**.   Dalton Bickley is expected to request his/her work from his/her teachers for the day(s) he/she will be suspended.

The reason for this suspension is that Dalton Bickley had a detention violation, failed to complete Saturday School on November 5, 2016.

If you wish to discuss this matter in person, please call my office and we will be glad to set up an appointment.

You have the right to appeal the suspension to the Principal following a conference

David Seddon
Assistant Principal
mds

Lexington County School District One does not discriminate on the basis of race, color, religion, national origin, sex, disability or age in admission to, access to, treatment in or employment in its programs and activities.

*10*

# LEXINGTON HIGH SCHOOL

2463 Augusta Highway
Lexington, SC  29072
Phone: 821-3400

Date:  November 7, 2016

To the parents of: Dalton Bickley

## NOTICE OF AFTER-SCHOOL DETENTION

This is to inform you that Dalton Bickley has been placed in After-School Detention for a period of **2 afternoon(s).**  The detention(s) must be completed by **November 17, 2016**.

*The detention(s) will not be rescheduled without a doctor's excuse.*

**After-School Detention is held from 3:35-4:20 p.m., Tuesday through Thursday, in room A207. The student must be doing school work for the entire detention. The student is responsible for providing his/her own transportation during the term of the After-School Detention. A suspension will be assigned if the terms of the After-School Detention are not met.**

The reason for this action is that Dalton Bickley cut ILT class on 11/7/16.

*After-School Detention must be served by the date listed in the first paragraph.*

Will Verburg
*Assistant Principal*
mds

Lexington County School District One does not discriminate on the basis of race, color, religion, national origin, sex, disability or age in admission to, access to, treatment in or employment in its programs and activities.

# LEXINGTON HIGH SCHOOL

2463 Augusta Highway
Lexington, SC  29072
Phone: 821-3400

Date:  October 28, 2016

To the parents of: Dalton Bickley

## NOTICE OF SATURDAY SCHOOL

This is to inform you that Dalton Bickley has been assigned to Saturday Community Service Program on **November 5, 2016.**  Dalton Bickley should report to the **LHS Stadium at 7:30 a.m. until 11:00 a.m.** Supervisors will be responsible for transporting your child to the work site area and back to school.

Parents, please read the following rules that apply to this program and sign if you agree for your child to participate.

### RULES:
1. **Must be on time.**
2. **Must follow directions and do the work.**
3. **Must wear long pants.**
4. **Failure to attend or cooperate with the supervisor will result in suspension out of school.**
5. **Must follow all safety rules and wear all safety equipment.**
6. **Student will be asked to do the following: raking, edging, mowing, weeding,**

The reason for this disciplinary action is that Dalton Bickley failed to complete after school detention by 10/27/16.

Parent's Signature _____
*This form must be signed and given to the supervisor on Saturday.

Student's Signature _____

Administrator's Signature _____

Completion_____

Lexington County School District One does not discriminate on the basis of race, color, religion, national origin, sex, disability or age in admission to, access to, treatment in or employment in its programs and activities.

# LEXINGTON HIGH SCHOOL

2463 Augusta Highway
Lexington, SC 29072
Phone: 821-3400

Date: October 19, 2016

To the parents of: Dalton Bickley

## NOTICE OF IN-SCHOOL SUSPENSION

This is to inform you that Dalton Bickley has been assigned In-School Suspension for a period of 1 day(s). The date(s) of suspension is/are October 25, 2016. Dalton Bickley is expected to request his/her work from his/her teachers for the day he/she will be in In-School. Dalton Bickley is expected to work the entire day.

**In-School Suspension must be served. Any student that fails to attend In-School on his/her assigned day will be required to attend the next day they return. If a student violates In-School rules, the parent/guardian will be required to pick up the student. The student will receive an Out-of-School Suspension for the day he/she is removed and will be required to serve In-School the next day he/she returns to school.**

The reason for this action is that Dalton Bickley had the 4th set of school tardies, 10/12, 10/13 & 10/18.

David Seddon
Assistant Principal
mds

Lexington County School District One does not discriminate on the basis of race, color, religion, national origin, sex, disability or age in admission to, access to, treatment in or employment in its programs and activities.

13

# LEXINGTON HIGH SCHOOL

2463 Augusta Highway
Lexington, SC  29072
Phone: 821-3400

Date:  October 17, 2016

To the parents of: Dalton Bickley

## NOTICE OF AFTER-SCHOOL DETENTION

This is to inform you that Dalton Bickley has been placed in After-School Detention for a period of **2 afternoon(s).**  The detention(s) must be completed by **October 27, 2016**.

*The detention(s) will not be rescheduled without a doctor's excuse.*

**After-School Detention is held from 3:35-4:20 p.m., Tuesday through Thursday, in room A207. The student must be doing school work for the entire detention. The student is responsible for providing his/her own transportation during the term of the After-School Detention. A suspension will be assigned if the terms of the After-School Detention are not met.**

The reason for this action is that Dalton Bickley displayed inappropriate behavior in the class room.

*After-School Detention must be served by the date listed in the first paragraph.*

Stephanie Burgess
Assistant Principal
mds

Lexington County School District One does not discriminate on the basis of race, color, religion, national origin, sex, disability or age in admission to, access to, treatment in or employment in its programs and activities.

14

# LEXINGTON HIGH SCHOOL

2463 Augusta Highway
Lexington, SC  29072
Phone: 821-3400

Date:  October 21, 2016

To the parents of: Dalton Bickley

## NOTICE OF IN-SCHOOL SUSPENSION

This is to inform you that Dalton Bickley has been assigned In-School Suspension for a period of 1 day(s).  The date(s) of suspension is/are October 27, 2016.  Dalton Bickley is expected to request his/her work from his/her teachers for the day he/she will be in In-School.   Dalton Bickley is expected to work the entire day.

**In-School Suspension <u>must</u> be served.  Any student that fails to attend In-School on his/her assigned day will be required to attend the next day they return.  If a student violates In-School rules, the parent/guardian will be required to pick up the student.  The student will receive an Out-of-School Suspension for the day he/she is removed and will be required to serve In-School the next day he/she returns to school.**

The reason for this action is that Dalton Bickley had a detention violation, failed to complete after school detention by 10/13/16.

David Seddon
Assistant Principal
mds

Lexington County School District One does not discrimmate on the basis of race, color, religion, national origin, sex, disability or age in admission to, access to, treatment in or employment in its programs and activities.

15

# LEXINGTON HIGH SCHOOL

2463 Augusta Highway
Lexington, SC 29072
Phone: 821-3400

Date: October 17, 2016

To the parents of: Dalton Bickley

## NOTICE OF IN-SCHOOL SUSPENSION

This is to inform you that Dalton Bickley has been assigned In-School Suspension for a period of 1 day(s). The date(s) of suspension is/are October 20, 2016. Dalton Bickley is expected to request his/her work from his/her teachers for the day he/she will be in In-School. Dalton Bickley is expected to work the entire day.

**In-School Suspension must be served. Any student that fails to attend In-School on his/her assigned day will be required to attend the next day they return. If a student violates In-School rules, the parent/guardian will be required to pick up the student. The student will receive an Out-of-School Suspension for the day he/she is removed and will be required to serve In-School the next day he/she returns to school.**

The reason for this action is that Dalton Bickley had his 3rd set of school tardies, 9/23, 10/3 & 10/10.

David Seddon
Assistant Principal
mds

Lexington County School District One does not discriminate on the basis of race, color, religion, national origin, sex, disability or age in admission to, access to, treatment in or employment in its programs and activities

16

# LEXINGTON HIGH SCHOOL

2463 Augusta Highway
Lexington, SC  29072
Phone: 821-3400

Date:  September 30, 2016

To the parents of: Dalton Bickley

## NOTICE OF IN-SCHOOL SUSPENSION

This is to inform you that Dalton Bickley has been assigned In-School Suspension for a period of 1 day(s).  The date(s) of suspension is/are October 6, 2016.  Dalton Bickley is expected to request his/her work from his/her teachers for the day he/she will be in In-School.   Dalton Bickley is expected to work the entire day.

**In-School Suspension must be served.  Any student that fails to attend In-School on his/her assigned day will be required to attend the next day they return.  If a student violates In-School rules, the parent/guardian will be required to pick up the student.  The student will receive an Out-of-School Suspension for the day he/she is removed and will be required to serve In-School the next day he/she returns to school.**

The reason for this action is that Dalton Bickley failed to complete After School Detention, 3 days by 9/29/16.

David Seddon
Assistant Principal
mds

Lexington County School District One does not discriminate on the basis of race, color, religion, national origin, sex, disability or age in admission to, access to, treatment in or employment in its programs and activities

17

# LEXINGTON HIGH SCHOOL

2463 Augusta Highway
Lexington, SC  29072
Phone: 821-3400

Date:  September 28, 2016

To the parents of: Dalton Bickley

## NOTICE OF AFTER-SCHOOL DETENTION

This is to inform you that Dalton Bickley has been placed in After-School Detention for a period of **2 afternoon(s).**  The detention(s) must be completed by **October 11, 2016**.

*The detention(s) will not be rescheduled without a doctor's excuse.*

**After-School Detention is held from 3:35-4:20 p.m., Tuesday through Thursday, in room A207. The student must be doing school work for the entire detention. The student is responsible for providing his/her own transportation during the term of the After-School Detention. A suspension will be assigned if the terms of the After-School Detention are not met.**

The reason for this action is that Dalton Bickley had a cell phone violation during class time.

*After-School Detention must be served by the date listed in the first paragraph.*

David Seddon
Assistant Principal
mds

Lexington County School District One does not discriminate on the basis of race, color, religion, national origin, sex, disability or age in admission to, access to, treatment in or employment in its programs and activities.

# LEXINGTON HIGH SCHOOL

2463 Augusta Highway
Lexington, SC  29072
Phone: 821-3400

Date:  September 23, 2016

To the parents of: Dalton Bickley

## NOTICE OF AFTER-SCHOOL DETENTION

This is to inform you that Dalton Bickley has been placed in After-School Detention for a period of 1 **afternoon(s).**  The detention(s) must be completed by September 29, 2016.

*The detention(s) will not be rescheduled without a doctor's excuse.*

**After-School Detention is held from 3:35-4:20 p.m., Tuesday through Thursday, in room A207. The student must be doing school work for the entire detention. The student is responsible for providing his/her own transportation during the term of the After-School Detention. A suspension will be assigned if the terms of the After-School Detention are not met.**

The reason for this action is that Dalton Bickley had the 2nd school tardy, 9/8, 9/13, & 9/20.

*After-School Detention must be served by the date listed in the first paragraph.*

David Seddon
Assistant Principal
mds

Lexington County School District One does not discriminate on the basis of race, color, religion, national origin, sex, disability or age in admission to, access to, treatment in or employment in its programs and activities.

19

# LEXINGTON HIGH SCHOOL

2463 Augusta Highway
Lexington, SC  29072
Phone: 821-3400

Date:  September 16, 2016

To the parents of: Dalton Bickley

## NOTICE OF AFTER-SCHOOL DETENTION

This is to inform you that Dalton Bickley has been placed in After-School Detention for a period of **2 afternoon(s).**  The detention(s) must be completed by **September 29, 2016**.

*The detention(s) will not be rescheduled without a doctor's excuse.*

**After-School Detention is held from 3:35-4:20 p.m., Tuesday through Thursday, in room A207. The student must be doing school work for the entire detention. The student is responsible for providing his/her own transportation during the term of the After-School Detention. A suspension will be assigned if the terms of the After-School Detention are not met.**

The reason for this action is that Dalton Bickley displayed inappropriate behavior during class time.

*After-School Detention must be served by the date listed in the first paragraph.*

David Seddon
Assistant Principal
mds

Lexington County School District One does not discriminate on the basis of race, color, religion, national origin, sex, disability or age in admission to. access to. treatment in or employment in its programs and activities.

# LEXINGTON HIGH SCHOOL

2463 Augusta Highway
Lexington, SC  29072
Phone: 821-3400

Date:  September 1, 2016

To the parents of: Dalton Bickley

## NOTICE OF IN-SCHOOL SUSPENSION

This is to inform you that Dalton Bickley has been assigned In-School Suspension for a period of **1** day(s).  The date(s) of suspension is/are **September 6, 2016**.  Dalton is expected to request his/her work from his/her teachers for the day he/she will be in In-School.   Dalton is expected to work the entire day.

**In-School Suspension <u>must</u> be served.  Any student that fails to attend In-School on his/her assigned day will be required to attend the next day they return.  If a student violates In-School rules, the parent/guardian will be required to pick up the student.  The student will receive an Out-of-School Suspension for the day he/she is removed and will be required to serve In-School the next day he/she returns to school.**

The reason for this action is that Dalton had parking violation on LHS campus.

David Seddon
Assistant Principal
mds

Lexington County School District One does not discriminate on the basis of race, color, religion, national origin, sex, disability or age in admission to, access to, treatment in or employment in its programs and activities

21

# LEXINGTON HIGH SCHOOL

2463 Augusta Highway
Lexington, SC  29072
Phone: 821-3400

Date:  August 26, 2016

To the parents of: Michael Dalton Bickley

## NOTICE OF AFTER-SCHOOL DETENTION

This is to inform you that Michael Dalton Bickley has been placed in After-School Detention for a period of 1 **afternoon(s).**  The detention(s) must be completed by **September 8, 2016**.

*The detention(s) will not be rescheduled without a doctor's excuse.*

**After-School Detention is held from 3:35-4:20 p.m., Tuesday through Thursday, in room A207. The student must be doing school work for the entire detention. The student is responsible for providing his/her own transportation during the term of the After-School Detention. A suspension will be assigned if the terms of the After-School Detention are not met.**

The reason for this action is that Dalton has three tardies, 8/24, 8/25, & 8/26.

*After-School Detention must be served by the date listed in the first paragraph.*

David Seddon
Assistant Principal
mds

Lexington County School District One does not discriminate on the basis of race, color, religion, national origin, sex, disability or age in admission to, access to, treatment in or employment in its programs and activities.

# EXHIBIT "B"





100 TARRAR SPRINGS ROAD
PO BOX 1869 • LEXINGTON, SC 29071-1869
803-821-1000 • FAX: 803-821-1010 • WWW.LEXINGTON1.NET

March 30, 2017

Teena Gibson
169 Sandlapper Way Apt C
 Lexington, SC 29072

RE:    Michael Bickley– Appeal Decision

Dear Teena Gibson:

This letter serves as my written decision following the appeal hearing on behalf of your son, Michael, which was held in my office on March 16, 2017. The reason for the suspension and recommendation for expulsion: **Repeated Discipline Violations**.

After weighing all available information from both the initial and appeal hearings, I am upholding the decision previously rendered by Lexington School District One Hearing Officer, Brian Barrineau, finding Michael to have committed the expellable offense stated above, and determining to place Michael at the FOCUS Program where educational services may be continued. This decision is consistent with School Board Policies JKE and JKE-R, which require expulsion hearings and determinations of offense and penalty for students who are alleged to have violated the student code of conduct.  I have considered the facts in support of the noted offense, the factors in mitigation, and the view expressed by your attorney and you that the "penalty does not fit the crime" and that the FOCUS Program is inappropriate for Michael. Since Michael was assigned to FOCUS for 30 days, he will be eligible to return to Lexington High School on April 27, 2017.

You are reminded of your right to appeal my decision to the Chief Operations Officer, Jeff Salters, at 803-821-1211, within five (5) days from the date of this letter of notification.  You should advise the Chief Operations Officer's office in writing if you intend to appeal this action. You also have the right to legal counseling during the appeal process. Please indicate in your appeal request if you plan to be represented by counsel.

Sincerely,

Jeffrey F. Caldwell
Chief Student Services Officer

C    Elizabeth Hyatt, Esq. (via email).
     Jeff Salters, Chief Operations Officer

*Where children and learning are one*



100 TARRAR SPRINGS ROAD
PO BOX 1869 • LEXINGTON, SC 29071-1869
803-821-1000 • FAX: 803-821-1010 • WWW.LEXINGTON1.NET

Melissa Rawl, Principal, Lexington High School
David Seddon, Assistant Principal, Lexington High School
Chris Rabon, Director, FOCUS
David Duff, Esq. (via email)

*Where children and learning are one*



100 TARRAR SPRINGS ROAD
PO BOX 1869 • LEXINGTON, SC 29071-1869
803-821-1000 • FAX: 803-821-1010 • WWW.LEXINGTON1.NET

March 16, 2017

Teena Gibson
169 Sandlapper Way Apt C
Lexington, SC 29072

RE:   Michael Bickley

To the Parents of Michael Bickley:

This letter is to report the findings of the expulsion hearing convened on **March 16, 2017**, to consider the recommendation of the Lexington High School Administration that your child, Michael Bickley, be expelled from Lexington High School. The reason for the suspension and recommendation for expulsion: **Repeated Discipline Violations**.

From the testimony presented by the Lexington High School Administration, the basis for the recommendation for expulsion was substantiated. However, instead of expulsion, I am transferring Michael to the FOCUS Program, our alternative education program located at the Rosenwald Community Learning Center. **You must contact FOCUS (803-821-1300), immediately to schedule an orientation date and time.** Michael must complete the FOCUS Program before he will be allowed to return to any school in Lexington School District One.

If your child is 16 years old or younger and does not enroll in FOCUS, he will be referred to family court for truancy. If your child is 17 years old or older and does not enroll in FOCUS, he will be expelled from school for the remainder of the 2016-17 school year.

**Effective immediately Michael should not be on any property of Lexington High School or Lexington School District One, with the exception of the FOCUS Center, at any time for any purpose. Michael is not to attend any extracurricular activities such as ball games (this includes home games and away games) or dances held for any school in Lexington School District One (on campus or off campus).**

You have the right to appeal this action to the Chief Student Services Officer, Jeff Caldwell at 821-1029 within five (5) days upon receipt of this letter of notification. Before any appeal can be heard, your child must be enrolled in the FOCUS Program You also have the right to legal counseling during the appeal process. You should advise the Chief Student Services Officer's office in writing if you intend to appeal this action. Please indicate in your appeal request if you plan to be represented by counsel.

Sincerely,

Brian Barrineau, Hearing Officer

bb

COPY TO:   Melissa Rawl, Principal, Lexington High School
David Seddon, Assistant Principal, Lexington High School
Mr. Chris Rabon, Principal, FOCUS

*Where children and learning are one*

Expulsion Packet 003

## Summary of Evidence – Michael (Dalton) Bickley
## Incident Date – March 10, 2017

Dalton Bickley is a 9th grade student at Lexington High School. He has accumulated 21 referrals during the 2016-2017 school year. On Tuesday, March 7, 2017, Dalton walked out of Mr. Cummins 4th block Art 1 class approximately 1 minute early. Dr. Sherry Walters, Lexington High School Assistant Principal had meet with Dalton earlier in the day on March 7, 2017 at 1:18 p.m. concerning a referral with Dalton sleeping in class and was given multiple warning by the teacher. Dr. Walters wrote on the referral and discussed with Dalton "ISS 3/16/17 – Conferenced with student. Gave an additional ISS – Next offense will result in OSS and Expulsion Recommendation. " Approximately two hours after meeting with Dr. Walters, Dalton made the decision to cut Mr. Cummins class. This was 4th offense Cutting Class which carries a consequence of 2 days of Out-of-School Suspension. With this incident, Dalton has now had a total of 7 days of In-School Suspension and 5 days of Out-of-School Suspension during the 2016-2017 school year. A recommendation for expulsion is taking place due to Repeated School Violations.


David J. Seddon
Assistant Principal
Lexington High School

FORM 78-3LEX

ADVANTAGE FORMS & SYSTEMS, INC. Columbia, SC (803) 765-2890

## LEXINGTON COUNTY SCHOOL DISTRICT ONE  DISCIPLINE RECORD

| STUDENT'S NAME | SEX | | RACE | | | | | | SCHOOL | TEL. NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| michael "Dalton" Bickley | M ☑ F ☐ | WH ☐ | BLK ☐ IND ☐ ORI ☐ | SP ☐ OTHER ☐ | | | | | LHS | 3665 |

| PARENT'S NAME & ADDRESS | | DATE | TIME | REFERRED BY |
|---|---|---|---|---|
| ✱ this is for skipping a mandatory ILT (not lying) | | 11-11-16 | ILT | Maggie Donaldson |

| | TEL. NO. | GRADE | HOMEROOM | COURSE |
|---|---|---|---|---|
| | | 9 | | English I |

**OFFENSE**

Dalton is in ILT (mandatory) until he makes up his 6 missing assignments for English I. He has a folder in the English lab for him everyday. Today, he did not attend & told his ILT teacher he was signed out after the video but came back before the ~~video~~ fire drill. Attendance Secretary says he wasn't signed out.

**ACTION TAKEN**

TEACHER (PRIOR ACTION)    DATE    ADMINISTRATOR
___ a) CONF. W/STUDENT ___
___ b) CALL PARENT ___
___ c) CONF. W/PARENT ___
___ d) ASSIGNED R.D. ___
___ e) GUIDANCE ___
___ f) OTHER ___



BY: _____
    ADMINISTRATOR SIGNATURE

**School:** Lexington High School     **Term:** 16-17 Quarter 3



## Historical Grades

*9 Credits*

Bickley, Michael Dalton  9  610010014385   State ID: 5412131697   Entry Date: 08/15/2016    LHS

| Year/Term | Grd Lvl | Course number | Course | Earned Credit | C2 | E1 | F1 | Q1 | Q2 | Q3 | Q4 | S1 | S2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16-17 S1 | 9 | 411400CW | Algebra 1 | 1.00 | . | 66 | 65 | 71 | 58 | . | . | . | . |
| 16-17 S1 | 9 | 322100CW | Biology 1 | 1.00 | . | 81 | 70 | 71 | 63 | . | . | . | . |
| 16-17 S1 | 9 | 302400CW | English 1 | 1.00 | . | 68 | 68 | 67 | 68 | . | . | . | . |
| 16-17 S1 | 9 | 502000CW | IntegBusApps 1 | 1.00 | . | 66 | 62 | 64 | 58 | . | . | . | . |
| 15-16 S2 | 9 | 411400CW | Algebra 1 | 0.00 | . | 71 | 58 | . | . | 55 | 55 | . | . |
| 15-16 S2 | 9 | 302400CW | English 1 | 0.00 | . | 81 | 60 | . | . | 55 | 55 | . | . |
| 15-16 Q4 | 9 | 340201CH | Health Wellness | 0.50 | . | 40 | 76 | . | . | . | 85 | . | . |
| 15-16 S1 | 9 | 637000CW | Intro to Engineer | 1.00 | . | 55 | 77 | 82 | 82 | . | . | . | . |
| 15-16 Q3 | 9 | 379905CH | Leadership 21 | 0.50 | . | 79 | 81 | . | . | 82 | . | . | . |
| 15-16 S1 | 9 | 344100CW | PE 1 | 1.00 | . | 100 | 84 | 82 | 77 | . | . | . | . |
| 15-16 S1 | 9 | 321100CW | Physical Science | 1.00 | . | 40 | 73 | 87 | 76 | . | . | . | . |
| 15-16 S2 | 9 | 365100CW | Spanish 1 | 0.00 | . | . | 55 | . | . | 1 | 1 | . | . |
| 15-16 S1 | 9 | 331000CW | World Geog | 1.00 | . | 85 | 76 | 77 | 70 | . | . | . | . |
| 14-15 S2 | 8 | 25218100 | Drama | 0.00 | . | . | 68 | . | . | 67 | 69 | . | 68 |
| 14-15 S2 | 8 | 27018100 | I Civics 8th Gr | 0.00 | . | . | 90 | . | . | 90 | 89 | . | 90 |
| 14-15 YR | 8 | 20018000 | Language Arts | 0.00 | — | — | 84 | 83 | 78 | 94 | 79 | 81 | 87 |
| 14-15 S1 | 8 | 27018A00 | Outdoor Education 8th | 0.00 | . | — | 85 | 79 | 90 | . | . | 85 | . |
| 14-15 S1 | 8 | 24608200 | PE/Health | 0.00 | . | — | 92 | 91 | 93 | . | . | 92 | . |
| 14-15 YR | 8 | 23208000 | SC/US History | 0.00 | — | — | 79 | 79 | 73 | 77 | 85 | 76 | 81 |
| 14-15 YR | 8 | 411408HW | SCCC Alg 1 HN | 0.00 | 89 | 88 | . | 72 | 76 | 89 | 75 | 75 | 82 |
| 14-15 YR | 8 | 22518000 | Science, Gr 8 | 0.00 | — | — | 81 | 85 | 77 | 77 | 83 | 81 | 80 |
| 14-15 YR | 8 | 2650NB00 | Spanish | 0.00 | — | — | 5 | 5 | 6 | 4 | 5 | 6 | 5 |
| 13-14 S1 | 7 | 27017100 | I Civics 7th Gr | 0.00 | . | — | 93 | 98 | 87 | . | . | 93 | . |
| 13-14 YR | 7 | 20017000 | Language Arts | 0.00 | — | — | 92 | 96 | 86 | 90 | 93 | 91 | 92 |
| 13-14 YR | 7 | 21107600 | Math 7 Pre-algebra | 0.00 | — | — | 86 | 93 | 84 | 85 | 78 | 89 | 82 |
| 13-14 S2 | 7 | 27017A00 | Outdoor Education 7th | 0.00 | . | . | 94 | . | . | 94 | 93 | . | 94 |
| 13-14 S2 | 7 | 24607200 | PE/Health | 0.00 | . | . | 95 | . | . | 99 | 90 | . | 95 |
| 13-14 YR | 7 | 22217000 | Science, Gr 7 | 0.00 | — | — | 93 | 88 | 94 | 93 | 94 | 91 | 94 |
| 13-14 YR | 7 | 23107000 | Soc. Studies Gr7 | 0.00 | — | — | 88 | 90 | 87 | 77 | 94 | 89 | 86 |
| 13-14 YR | 7 | 1650NB00 | Spanish - Novice B | 0.00 | — | — | 4 | 5 | 5 | 6 | 4 | 5 | 4 |
| 13-14 S1 | 7 | 28407100 | STEM Academy | 0.00 | . | — | 90 | 85 | 95 | . | . | 90 | . |

Let the record show this is an expulsion hearing being conducted to hear the recommendation that **Michael Bickley** be expelled from Lexington High School. The reason for the suspension and recommendation for expulsion: **Repeated Discipline Violations**.

Michael was suspended from school effective March 10, 2017 and recommended for expulsion. Today is March 16, 2017 the 5th day after the suspension, which is within the limits of Board Policy.

This hearing is being conducted according to Board Policies JKE and JKE-R, which provides for a Hearing Officer to hear expulsion cases on behalf of the District.

Present at the hearing today is David Seddon representing Lexington High School and Teena Gibson with Michael.

At this time I will call upon David Seddon to present the testimony on behalf of Lexington High School.

**REMINDER**: IF EXPELLED, Michael should not be on any property of Lexington High School or Lexington School District One at any time for any purpose. Michael   Bickley is not to attend any extracurricular activities such as ball games (this includes home games and away games) or dances held for any school in Lexington School District One (on campus or off campus).

Expulsion Packet 007

## EXPULSION HEARING INFORMATION FORM

**DATE:** March 10, 2017                    **SCHOOL:** LHS

**STUDENT NAME:** Michael Dalton Bickley   **BIRTHDATE:** 8/28/2000

**GRADE:** 9th           **ETHNIC CODE:** White        **GENDER:** Male

**CLASSIFICATION:** Regular                 **(EXPLAIN Regular, Special Ed)**

**PARENT/LEGAL GUARDIAN (Name):** Teena Gibson

**Father in Home:**                         **Mother in Home:**

**ADDRESS:**    169 Sandlapper Way Apt C, Lexington SC 29072

**TELEPHONE NUMBER:**  803-920-7034          **Notice given to student: Yes**

**Check the procedures you have completed, sign and date.  Forward this form with all materials needed for the expulsion hearing to the Office for Student Services at least 24 hours prior to the hearing.  THE SCHOOL ADMINISTRATOR SHOULD BE PREPARED TO PRESENT ALL EVIDENCE.**

**Date of the first day of Suspension:** March 10, 2017

**Manifestation Hearing Date:**            **Time of Hearing:**

**Expulsion Hearing Date :** March 16, 2017      **Time of Hearing:** 9:30 am

**OFFENSE:** Repeated Discipline Violations

**CHARGES FILED:** No                 **INCIDENT REPORT MADE:**

**MUST SUBMIT REPORT TO THE OFFICE OF STUDENT SERVICES**

**COURT ACTION:**

**Following information included in packet:**

| | | | |
|---|---|---|---|
| X | Copy of letter(s) sent to Parents | X | Teacher information on behavior or effort |
| X | Discipline record printout | X | Picture of Student |
| X | Copy of Last Year's Discipline | X | Copy of complete file for parents |
| X | Grade printout/Transcript | X | Documentation of meetings with student |
| X | Attendance printout | X | Signed statement(s) from witnesses |
| X | Evidence (gun, knife, drugs, etc) Picture of weapon for file | | |
| X | Picture of Student for file | | |

**COLLECT ID BADGE, ID Badge will be returned to student if student is allowed to return to school.**

**Person completing form:** Mandy Smith        **David Seddon**

_____        _____

**SIGNATURE PRINCIPAL        DATE        PRESENTER        DATE**

# August 2016

MICHAEL "DALTON" BICKLEY

DETENTION
PROFILE Calendar*pedia*
Your source for calendars

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|--------|--------|---------|-----------|----------|--------|----------|
| 31 | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 1st Day of School | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 T [* Med] | 25 T $^1$ | 26 T $^2$ 3T= ASD | 27 |
| 28 | 29 | 30 | 31 | 1 | 2 | 3 |

Data provided "as is" without warranty

# September 2016

Calendar*pedia*
Your source for calendars

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| 28 | 29 | 30 | 31 | 1 | 2 | 3 |
|  |  |  |  | ② Parking w/o Permit = ISS * | 2 | 3 |
| 4 | 5 Labor Day | 6 ② ISS | 7 | 8 T $^{3}$* | 9 | 10 |
| 11 | 12 | 13 T$_1$ [* MED] | 14 | 15 EXC | 16 ③ Inappropriate Behavior = 2 ASD | 17 |
| 18 | 19 MED | 20 T$_2$ ④ Tardies = ASD | 21 | 22 | 23 T$_3$* ⑤ Cell Ph. = 2 ASD | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 ⑥ Detention Violation X 3 ASD = ISS | 1 |

© www.calendarpedia.com  ② 1st day driving - had finished class - misunderstanding
9/8 - should be 1st Tardy Detention
9/23 should be 2nd Tardy Detention

Expulsion Packet 010

# October 2016

Calendar**pedia**
Your source for calendars

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|--------|--------|---------|-----------|----------|--------|----------|
| 25 | 26 | 27 | 28 | 29 | 30 | 1 |
| 2 | 3 $T_1$ | 4 | 5 | 6 ISS ⑥ | 7 | 8 |
| 9 | 10 Columbus Day $T_2$ | 11 ISS? | 12 $T_3$ | 13 $T_1$ ⑦ Tardies = ISS ⑧ Detention Violation = ISS ⑨ Disrupting = 2 ASD | 14 | 15 |
| 16 | 17 | 18 $T_2$ ✳ ⑩ Tardies = ISS | 19 | 20 ISS ⑦ | 21 | 22 |
| 23 | 24 | 25 ISS ⑩ | 26 | 27 ISS ⑧ | 28 | 29 |
| 30 | 31 | 1 | 2 | ↳10/27 ⑪ Detention Violation = Saturday School | 4 | 5 |

© www.calendarpedia.com

10/18 should not be violation
⑧    "    "    "    "
⑪    "    "    "    "

/// 5

# November 2016

Calendarpedia
Your source for calendars

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|--------|--------|---------|-----------|----------|--------|----------|
| 30 | 31 | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 ⑫ Cutting-Skipped ILT = 2 ASD | 8 | 9 ⑬ Detention Violation Failed to Cmp Saturday School 11/5 = OSS | 10 OSS ⑬ | 11 Veterans Day | 12 |
| 13 | 14 | 15 EXC | 16 UNX | 17 | 18 ⑭ Computer = 2 ASD | 19 |
| 20 | 21 | 22 | 23 | 24 Thanksgiving Day | 25 | 26 |
| 27 | 28 | 29 ⑮ Detention Violation Failed to Comp. ASD = OSS ⑯ Cell Phone = 2 ASD | 30 OSS ⑮ | 1 | 2 | 3 |

Expulsion Packet 012

# December 2016

Calendar*pedia*
Your source for calendars

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|--------|--------|---------|-----------|----------|--------|----------|
| 27 | 28 | 29 | 30 | 1 | 2 | 3 |
|  |  |  |  | (17) Cutting skipped ILT = ISS |  |  |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|  |  | ISS (17) |  |  |  |  |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
|  |  |  |  |  |  |  |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
|  |  |  |  |  |  |  |
| 25 Christmas Day | 26 Christmas Day (observed) | 27 | 28 | 29 | 30 | 31 |

#1
17 by 12/1/16

© www.calendarpedia.com

Expulsion Packet 013

# January 2017

Calendarpedia
Your source for calendars

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| New Year's Day | New Year's Day (observed) | | | | | |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| | MED | | | | T | |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| | Martin Luther King Day | | | T | T ⑱ Tardies = 1 ASD | |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| | | | | MED | | |
| 29 | 30 | 31 | 1 | 2 | 3 | 4 |
| | | | | | | ① Detention in Jan. |

Data provided 'as is' without warranty

Expulsion Packet 014

# February 2017

Calendar*pedia*
Your source for calendars

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|--------|--------|---------|-----------|----------|--------|----------|
| 29 | 30 | 31 | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 PNT | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 MED | 17 ✕ | 18 |
| 19 | 20 Presidents' Day | 21 | 22 ⑲ Cutting Did Not Finish 3days ILT = OSS —MED— ? | 23 MED | 24 MED | 25 |
| 26 | 27 | 28 OSS ✕ ⑲ | 1 | 2 | 3 | 4 ① Detention in Feb. |

© Calendarpedia® www.calendarpedia.com

Data provided 'as is' without warranty

Expulsion Packet 015

# March 2017

Calendar**pedia**
Your source for calendars

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|--------|--------|---------|-----------|----------|--------|----------|
| 26 | 27 | 28 | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 ㉑ Sleeping In Class * = ISS ㉑ Cutting * = 2 OSS + | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | 1 |

\* See End of Feb - out w/ Flu and Bronchitis \*

\* Left Class ONE MINUTE before bell - apologized -
told he would not be written up - written up 3 days later.

© Calendarpedia®  www.calendarpedia.com

Data provided 'as is' without warranty

Expulsion Packet 016

**School:** Lexington High School    **Term:** 16-17 Quarter 3

## Student Incident Report

Bickley, Michael Dalton   9   610010014385   State ID: 5412131697   Entry Date: 08/15/2016   LHS

| # | Incident | Title | School | Author | Incident Dt | Actions | Behaviors | Objects |
|---|----------|-------|--------|--------|-------------|---------|-----------|---------|
| 1 | 356558 | Cutting Class-4th offense | LHS | Smith, Amanda D | 03/10/2017 | • Call to Parents^ <Call to Parents^> <br>• Suspension^ <Pending Expulsion^> 5 Days^ | • 160 Cutting Class^ | |

At 3:24,student left class prior to being released at the bell. On Wednesday student and I spoke about the incident, to which he acknowledged wrong-doing. OSS for 2 days and recommendation for expulsion due to repeated school violations.

| # | Incident | Title | School | Author | Incident Dt | Actions | Behaviors | Objects |
|---|----------|-------|--------|--------|-------------|---------|-----------|---------|
| 2 | 353905 | Inappropriate Behavior-3rd offense | LHS | Smith, Amanda D | 03/07/2017 | • Letter to Parent^ <Letter to Parent^> <br>• Suspension^ <In-School (Services Provided)^> 1 Day^ | • 017 Inappropriate Behavior^ | |

Student was sleeping in class. He had been given multiple warnings. Conference with student , gave him an additional ISS-the next offense will result in OSS and expulsion recommendation.

| # | Incident | Title | School | Author | Incident Dt | Actions | Behaviors | Objects |
|---|----------|-------|--------|--------|-------------|---------|-----------|---------|
| 3 | 346478 | Cutting ILT Class-3rd offense | LHS | Smith, Amanda D | 02/22/2017 | • Letter to Parent^ <Letter to Parent^> <br>• Suspension^ <Out of School (No Services Provided)^> 1 Day^ | • 160 Cutting Class^ | |

Student did not complete 3 days of mandatory ILT in the Math Lab

| # | Incident | Title | School | Author | Incident Dt | Actions | Behaviors | Objects |
|---|----------|-------|--------|--------|-------------|---------|-----------|---------|
| 4 | 323380 | Tardy-1st set of school | LHS | Smith, Amanda D | 01/30/2017 | • Detention^ <After School^> 1 Day^ | • 180 Tardy^ | |

Tardy-1st set of school-1/13, 1/19, 1/20

| # | Incident | Title | School | Author | Incident Dt | Actions | Behaviors | Objects |
|---|----------|-------|--------|--------|-------------|---------|-----------|---------|
| 5 | 288346 | Cutting Class-2nd offense | LHS | Smith, Amanda D | 12/01/2016 | • Letter to Parent^ <Letter to Parent^> <br>• Suspension^ <In-School (Services Provided)^> 1 Day^ | • 160 Cutting Class^ | |

Cutting Class-2nd offense, Student skipped ILT on 11/29/16, ISS on 12/6/16

| # | Incident | Title | School | Author | Incident Dt | Actions | Behaviors | Objects |
|---|----------|-------|--------|--------|-------------|---------|-----------|---------|
| 6 | 285939 | Cell Phone Violation-2nd offense | LHS | Smith, Amanda D | 11/29/2016 | • Detention^ <After School^> 2 Days^ <br>• Letter to Parent^ <Letter to Parent^> | • 330 Phone Violation^ | |

Cell Phone Violation-2nd offense, student was using cell phone during class time, 2 ASD by 12/13/16

| # | Incident | Title | School | Author | Incident Dt | Actions | Behaviors | Objects |
|---|----------|-------|--------|--------|-------------|---------|-----------|---------|
| 7 | 285918 | Detention Violation | LHS | Smith, Amanda D | 11/29/2016 | • Letter to Parent^ <Letter to Parent^> <br>• Suspension^ <Out of School (No Services Provided)^> 1 Day^ | • 005 Detention Violation^ | |

Detention Violation, Student failed to complete ASD by 11/17/16 (2days) OSS on 11/30/16

| # | Incident | Title | School | Author | Incident Dt | Actions | Behaviors | Objects |
|---|----------|-------|--------|--------|-------------|---------|-----------|---------|
| 8 | 272473 | Computer Violation-minor | LHS | Smith, Amanda D | 11/18/2016 | • Detention^ <After School^> 2 Days^ <br>• Letter to Parent^ <Letter to Parent^> | • 220 Computer Violation^ | |

Computer Violation-minor, student playing games instead of working on assignment, 2 ASD by 12/8/16

| # | Incident | Title | School | Author | Incident Dt | Actions | Behaviors | Objects |
|---|----------|-------|--------|--------|-------------|---------|-----------|---------|
| 9 | 270779 | Detention Violation | LHS | Smith, Amanda D | 11/09/2016 | • Letter to Parent^ <Letter to Parent^> <br> • Suspension^ <Out of School (No Services Provided)^> 1 Day^ | • 005 Detention Violation^ | |
| | | Detention Violation, failed to complete Saturday School on November 5, 2016. OSS on 11/10/16 | | | | | | |
| 10 | 270192 | Cutting Class | LHS | Smith, Amanda D | 11/07/2016 | • Detention^ <After School^> 2 Days^ <br> • Letter to Parent^ <Letter to Parent^> | • 160 Cutting Class^ | |
| | | Cutting Class, skipped ILT, 1st offense, 2 ASD by 11/17/16 | | | | | | |
| 11 | 268482 | Detention Violation | LHS | Smith, Amanda D | 10/27/2016 | • Detention^ <Saturday^> 1 Day^ <br> • Letter to Parent^ <Letter to Parent^> | • 005 Detention Violation^ | |
| | | Detention Violation, failed to complete 2 ASD by 10/27/16, SS to be served on 11/5/16 | | | | | | |
| 12 | 266507 | Tardies-4th set of School | LHS | Smith, Amanda D | 10/18/2016 | • Letter to Parent^ <Letter to Parent^> <br> • Suspension^ <In-School (Services Provided)^> 1 Day^ | • 180 Tardy^ | |
| | | Tardies-4th set of School , 10/12, 10/13, 10/18, 1 ISS to be served by 10/25/16 | | | | | | |
| 13 | 265664 | Inappropriate behavior-2nd offense | LHS | Smith, Amanda D | 10/13/2016 | • Detention^ <After School^> 2 Days^ <br> • Letter to Parent^ <Letter to Parent^> | • 017 Inappropriate Behavior^ | |
| | | Student disrupting class by talking during instructions, 2 ASD to be served by 10/27/16 | | | | | | |
| 14 | 267041 | Detention Violation | LHS | Smith, Amanda D | 10/13/2016 | • Letter to Parent^ <Letter to Parent^> <br> • Suspension^ <In-School (Services Provided)^> 1 Day^ | • 005 Detention Violation^ | |
| | | Detention Violation, failed to complete ASD by 10/13/16, ISS to be served on 10/27/16 | | | | | | |
| 15 | 265679 | Tardy-School 3rd Set | LHS | Smith, Amanda D | 10/13/2016 | • Letter to Parent^ <Letter to Parent^> <br> • Suspension^ <In-School (Services Provided)^> 1 Day^ | • 180 Tardy^ | |
| | | Tardy-School 3rd Set, 9/23, 10/3, 10/10, 1 ISS to be served on 10/20/16 | | | | | | |
| 16 | 253508 | Detention Violation | LHS | Smith, Amanda D | 09/30/2016 | • Letter to Parent^ <Letter to Parent^> <br> • Suspension^ <In-School (Services Provided)^> 1 Day^ | • 005 Detention Violation^ | |
| | | Failed to complete ASD (2 days) by 9/29/16, ISS to be served on 10/6/16 | | | | | | |
| 17 | 249239 | Cell Phone Violation-1st offense | LHS | Smith, Amanda D | 09/23/2016 | • Detention^ <After School^> 2 Days^ <br> • Letter to Parent^ <Letter to Parent^> | • 330 Phone Violation^ | |
| | | answering phone on the way to the pep rally, is frequently caught on the cell phone, 2ASD to be served by 10/11/16 | | | | | | |
| 18 | 244802 | Tardy | LHS | Smith, Amanda D | 09/20/2016 | • Detention^ <After School^> 1 Day^ <br> • Letter to Parent^ <Letter to Parent^> | • 180 Tardy^ | |
| | | 2nd set of school tardies, 9/8, 9/13, 9/20, 1 ASD to be served by 9/29/16 | | | | | | |
| 19 | 236121 | Inappropriate Behavior-1st offense | LHS | Smith, Amanda D | 09/16/2016 | • Detention^ <After School^> 2 Days^ <br> • Letter to Parent^ <Letter to Parent^> | • 017 Inappropriate Behavior^ | |
| | | Student did not listen to substitute's request (made multiple times( to remain seated, 2 ASD to be served by 9/29/16 | | | | | | |
| 20 | 231020 | Parking violation | LHS | Smith, Amanda D | 09/01/2016 | • Letter to Parent^ <Letter to Parent^> <br> • Suspension^ <In-School (Services Provided)^> 1 Day^ | • 300 Parking Violation^ | |

| # | Incident | Title | School | Author | Incident Dt | Actions | Behaviors | Objects |
|---|----------|-------|--------|--------|-------------|---------|-----------|---------|
| Parking on campus without a parking permit, 1st offense 1 ISS to serve on 9/6/16 | | | | | | | | |
| 21 | 229669 | School Tardies | LHS | Smith, Amanda D | 08/26/2016 | • Call to Parents^ <Call to Parents^> <br> • Detention^ <After School^> 1 Day^ | • 180 Tardy^ | |
| 1st set of school tardies, 8/24, 8/25, 8/26, 1 ASD to serve by 09/08/16 | | | | | | | | |
| 22 | 222414 | Inappropriate Behavior | LHS | Pitts, Cindy | 05/26/2016 | • Suspension^ <In-School (Services Provided)^> 1 Day^ | • 017 Inappropriate Behavior^ | |
| Laying on the floor in class instead of working. | | | | | | | | |
| 23 | 187237 | Cutting Class | LHS | Pitts, Cindy | 04/22/2016 | • Suspension^ <In-School (Services Provided)^> 1 Day^ | • 160 Cutting Class^ | |
| Cut lab on 4/22. | | | | | | | | |
| 24 | 158017 | Detention Violation | LHS | Pitts, Cindy | 03/24/2016 | • Suspension^ <In-School (Services Provided)^> 1 Day^ | • 005 Detention Violation^ | |
| Failed to serve detention on 3/24. | | | | | | | | |
| 25 | 151285 | Tardy | LHS | Pitts, Cindy | 03/10/2016 | • Detention^ <After School^> 1 Day^ | • 180 Tardy^ | |
| 1st set of tardies to school. | | | | | | | | |
| 26 | 151457 | Violation of Class Rules | LHS | Pitts, Cindy | 03/09/2016 | • Detention^ <After School^> 2 Days^ | • 030 Violation of Class Rules^ | |
| Eating in class. | | | | | | | | |
| 27 | 147777 | Tardy | LHS | Pitts, Cindy | 02/08/2016 | • Detention^ <After School^> 1 Day^ | • 180 Tardy^ | |
| 1st set of tardies to school. | | | | | | | | |
| 28 | 146471 | Detention Violation | LHS | Pitts, Cindy | 01/12/2016 | • Suspension^ <In-School (Services Provided)^> 1 Day^ | • 005 Detention Violation^ | |
| Failed to serve detention on 1/7. | | | | | | | | |
| 29 | 145047 | Cutting Class | LHS | Pitts, Cindy | 12/15/2015 | • Suspension^ <In-School (Services Provided)^> 1 Day^ | • 160 Cutting Class^ | |
| Outside during his ILT. | | | | | | | | |
| 30 | 117594 | Cutting Class | LHS | Pitts, Cindy | 12/09/2015 | • Detention^ <After School^> 2 Days^ | • 160 Cutting Class^ | |
| Cut 3rd block on 12/1. | | | | | | | | |
| 31 | 117569 | Cutting Class | LHS | Pitts, Cindy | 12/09/2015 | • Detention^ <After School^> 2 Days^ | • 160 Cutting Class^ | |
| Cut 3rd block on 12/1. | | | | | | | | |
| 32 | 108374 | Tardy-2nd set | LTC | Yant, Arlyn | 11/18/2015 | • Detention^ <After School^> 2 Days^ | • 180 Tardy^ | |
| second set of tardy, total of six | | | | | | | | |
| 33 | 103815 | Refused To Obey | LHS | Pitts, Cindy | 09/24/2015 | • Suspension^ <In-School (Services Provided)^> 1 Day^ | • 270 Refusal to Obey/Defiant^ | |
| Failed to get an ID as instructed. | | | | | | | | |
| 34 | 102723 | Tardy-1st set | LTC | Yant, Arlyn | 09/15/2015 | • Detention^ <After School^> 1 Day^ | • 180 Tardy^ | |
| Tardy to class three times | | | | | | | | |
| 35 | 99829 | (M Moore)-Failure to follow directives-ISS 5/28/15 | MGMS | Richardson, Patricia A | 05/27/2015 | • Suspension^ <In-School (Services Provided)^> 1 Day^ | • 270 Refusal to Obey/Defiant^ | |

"Each time I made the same request he refused to hand it over to me and stated that he did not know that he could not use the phone in class. I gave him two alternatives, hand the phone to me or I would send him to the discipline office for refusing to hand over the phone. He chose to go to the discipline office. I attempted to contact his mother around 4:15 PM, but she was not available. I left the person answering the phone a message that I would call her in the morning."

| # | Incident | Title | School | Author | Incident Dt | Actions | Behaviors | Objects |
|---|----------|-------|--------|--------|-------------|---------|-----------|---------|
| 36 | 99827 | (J Hamilton)-Cheating-ISS 5/28/15 | MGMS | Richardson, Patricia A | 05/26/2015 | • Suspension^ <In-School (Services Provided)^> 1 Day^ | • 190 Cheating^ | |

Dalton plagiarized the work.

| # | Incident | Title | School | Author | Incident Dt | Actions | Behaviors | Objects |
|---|----------|-------|--------|--------|-------------|---------|-----------|---------|
| 37 | 51036 | Fighting/ ISS served on 8/28/13 | MGMS | Richardson, Patricia A | 08/23/2013 | • Suspension^ <In-School (Services Provided)^> 1 Day^ | • 009 Fighting^ | |

The student was in a physical altercation with another student involving pushing.

| 38 | 43572 | Profanity - (Jackson) - ISS (3/22/13) - (Jackson) | MGMS | Lide, Jody Z. | 03/20/2013 | • Suspension^ <In-School (Services Provided)^> 1 Day^ | • 016 Inappropriate Language^ | |

Dalton, in social studies class, was working on a project in a group with three other students. Dalton made the comment, "get away you faggot, go fuck someone else." Dalton denied making the comment, but a witness heard Dalton. Dalton admitted to making the comment, "damit, shut up." Dean Jackson talked with Dalton and his mother. One (1) day ISS (3/22/13).

| 39 | 42001 | Altercation/Confrontation - (Jackson) - Adm. Det. (3/12/13) - (Jackson) | MGMS | Lide, Jody Z. | 03/08/2013 | • Detention^ <Other^> Hours (Less than a day)^ | • 407 Confrontation/Altercation^ | |

Dalton, while in the media center, had a verbal confrontation with another student. Dalton poked the other student on the neck with his pencil, which, inturn, made the other student retaliate. Dean Jackson talked with Dalton and his mother. One (1) day adm. det. (3/12/13).

| 40 | 37277 | Cellphone - (Maguire) - Phone Held 3 Days (1/28-1/30/13) - (Jackson) | MGMS | Lide, Jody Z. | 01/25/2013 | • Referral^ <Administration^> 3 Days^ | • 330 Phone Violation^ | |

Dalton, as he went to lunch, had his cell phone out and was holding it up showing something on it to other students. Ms. Maguire took the phone and turned it into the discipline office. This is Dalton's 1st phone offense. The phone will be held for three school days (1/28 through 1/30/13). Dalton's phone will be returned to him on Wednesday, 1/30/13, by Ms. Lide, at the end of the school day. Dalton's phone was returned to him Wednesday, 1/30/13, by Ms. Lide.

You are currently logged into server: LEX1PS04

To whom it may concern,

Dalton was given mandatory ILT because he was not completing all the homework assignments for class. He said he struggled with balancing school and baseball. I gave him mandatory ILT so he could finish homework during ILT and not feel as overwhelmed when he returned home from baseball practice. When given mandatory ILT, he had an average of a 79 in the class. He was not failing, but I wanted him to not fall behind from not practicing (homework) the new material learned in class. He was required to complete three 30-minute sessions in the math lab. Dalton completed 2 of the three sessions, but missed the final session, which caused him to get written up. Dalton is a respectful student and is a good student.

Sincerely,

Haley Klar, math teacher

Expulsion Packet 021

What's g███ number ?



8032062875

Today at 1:17 PM

Hey man do you still have the text of ours talking about when it was your phone that I handed to you and I got wrote up for it man it could save my life



No I don't sorry bro

Well so I can show my mom again isn't it true that you dropped your phone and I just picked it up to give back to you

And it wasn't my phone

Yea I dropped my phone and you





# LEXINGTON HIGH SCHOOL
## 2463 Augusta Highway
## Lexington, SC  29072
## Phone: (803) 821-3400

March 10, 2017

TO THE PARENTS OF:  Michael Dalton Bickley
169 Sandlapper Way Apt C
Lexington, SC 29072

Dear Parent: Michael Dalton Bickley

### NOTICE OF SUSPENSIONS AND INITIATION OF EXPULSION PROCEDURES

It is to inform you that Michael Dalton Bickley has been suspended from **Lexington High School** effective March 10, 2017 and that I am recommending to the District Hearing Officer that Michael Dalton Bickley be expelled from **Lexington High School.**  The reason for the suspension and recommendation for expulsion is as follows:

Repeated Discipline Violations

The suspension will remain in effect during the time of the expulsion procedures.  A hearing before the District Hearing Officer has been scheduled for March 16, 2017 at 9:30 am in the Lexington School District One Student Services Office located at 100 Tarrar Springs Road, Lexington, South Carolina.

A description of the hearing procedures adopted by the school board is enclosed for your information.  I am also enclosing a written summary of the evidence against you student.  In advance of the hearing, you have the right to request a copy of the full expulsion information packet that will include all information that will be presented at the hearing.  If requested, this packet will be made available to you twenty-four (24) hours in advance of the scheduled hearing.

Before an expulsion can be invoked, the above named student has a right to a hearing.  If, however, you and the student do not wish to attend the hearing, you and the student should sign and return to me the enclosed Notice of Waiver within twenty-four (24) hours of the scheduled hearing.  In that case the hearing officer will decide the case with the information presented by the school.  If no notification is received, the hearing scheduled will be observed.

At the hearing, you will have the right to legal counsel and to all other legal rights including the right to question all witnesses presented.  You should notify my office within twenty-four (24) hours of the scheduled hearing whether you intend to come to the hearing represented by counsel.  Failure to give notification may result in postponement of the hearing.

You will be notified of all decisions of the District Hearing Officer by letter.

Sincerely,

*Melissa C. Rawl*

Melissa Rawl
Principal

mds

Enclosures:  Conduct of the Hearing
Notice of Waiver
Summary of Evidence

## EXPULSION HEARING INFORMATION FORM

**DATE:** March 10, 2017                    **SCHOOL:** LHS

**STUDENT NAME:** Michael Dalton Bickley   **BIRTHDATE:** 8/28/2000

**GRADE:** 9th              **ETHNIC CODE:** White        **GENDER:** Male

**CLASSIFICATION:** Regular                    (EXPLAIN Regular, Special Ed)

**PARENT/LEGAL GUARDIAN (Name):** Teena Gibson

**Father in Home:**                    **Mother in Home:**

**ADDRESS:**    169 Sandlapper Way Apt C, Lexington SC 29072

**TELEPHONE NUMBER:**   803-920-7034              **Notice given to student:** Yes

**Check the procedures you have completed, sign and date. Forward this form with all materials needed for the expulsion hearing to the Office for Student Services at least 24 hours prior to the hearing. THE SCHOOL ADMINISTRATOR SHOULD BE PREPARED TO PRESENT ALL EVIDENCE.**

**Date of the first day of Suspension:** March 10, 2017

**Manifestation Hearing Date:**              **Time of Hearing:**

**Expulsion Hearing Date :** March 16, 2017        **Time of Hearing:**  9:30 am

**OFFENSE:** Repeated Discipline Violations

**CHARGES FILED:** No                    **INCIDENT REPORT MADE:**

**MUST SUBMIT REPORT TO THE OFFICE OF STUDENT SERVICES**

**COURT ACTION:**

**Following information included in packet:**

| | | | |
|---|---|---|---|
| X | Copy of letter(s) sent to Parents | X | Teacher information on behavior or effort |
| X | Discipline record printout | X | <u>Picture of Student</u> |
| X | Copy of Last Year's Discipline | X | Copy of complete file for parents |
| X | Grade printout/Transcript | X | Documentation of meetings with student |
| X | Attendance printout | X | Signed statement(s) from witnesses |
| X | <u>Evidence (gun, knife, drugs, etc) Picture of weapon for file</u> | | |
| X | Picture of Student for file | | |

**COLLECT ID BADGE, ID Badge will be returned to student if student is allowed to return to school.**

**Person completing form:** Mandy Smith        **David Seddon**

_Melissa C. Rawl 3/10/17_          _David J Seddon 3/16/17_

**SIGNATURE PRINCIPAL       DATE          PRESENTER       DATE**

# LEXINGTON HIGH SCHOOL

# PROGRESS REPORT FOR DISCIPLINE INFORMATION

DATE: March 10, 2017

TEACHER: Mrs. Klar                    SUBJECT: Intermediate Algebra

STUDENT: Dalton Bickley              GRADES: 76

CLASSROOM BEHAVIOR: Student is not always prepared for class. Does not complete majority of homework and does not take majority of the notes. Dalton is respectful to teachers and peers.

Have you ever sent the student to the office for discipline? Yes. He did not complete mandatory ILT.

HOMEWORK: Does student do assigned work? Usually not.

ATTENDANCE: Absences from your class 6

Additional comments or suggestions

# LEXINGTON HIGH SCHOOL

## PROGRESS REPORT FOR DISCIPLINE INFORMATION

DATE: 3/10/17

TEACHER: McGrady                    SUBJECT: English II Seminar

STUDENT: Dalton Bickley             GRADES: Current grade:  83/B

CLASSROOM BEHAVIOR: Dalton is always well-behaved and respectful in class.  I have never had any discipline issues with him.  He does most of his work, participates, and is engaged daily.

Have you ever sent the student to the office for discipline? No.

HOMEWORK: Does student do assigned work? For the most part.  Dalton does his summative assessments, but lately he has not been completing his formative work.  Also, his last summative was only partially completed.

ATTENDANCE: Absences from your class 1/17 (UNX) 1/27 (UNX) 2/6 (UNX) 2/22 (MED) 2/23 (ME 2/24 (MED) 2/28 (OSS)

Additional comments or suggestions I thoroughly enjoy having Dalton in my class, but lately his wor has been suffering for some reason.  The quality has declined, and he has stopped turning in many of his formatives.

Expulsion Packet 026

# LEXINGTON HIGH SCHOOL

## PROGRESS REPORT FOR DISCIPLINE INFORMATION

DATE:   3/10/2017

TEACHER:   Daniel Cummins                    SUBJECT:   Art

STUDENT:   Michael "Dalton" Bickley          GRADES:   (D) 67%

CLASSROOM BEHAVIOR:   Dalton tends to be respectful of other students while they are working, and at times participates in class discussion.

Have you ever sent the student to the office for discipline?   No, I have had conversations with him after class.

HOMEWORK: Does student do assigned work? (As Visual Art is a studio class, Class work/drawing exercises would be the closest thing to homework.)
Dalton has not shown adequate effort in this area. Often class work is quickly done without focus on subject matter, and without adhering to the assignment parameters.

ATTENDANCE: Absences from your class   1

Additional comments or suggestions   Dalton shows some interest in the idea of Art Making, but currently lacks the self-motivation to practice and improve in making Art. With constant pressure via one-on-ones, Dalton can complete assignments, however I fail to see effort being put forth on Dalton's part to improve.

# LEXINGTON HIGH SCHOOL

# PROGRESS REPORT FOR DISCIPLINE INFORMATION

DATE: 03/14/17

TEACHER: Wilkins                    SUBJECT: Spanish I

STUDENT: Michael Dalton Bickley                    GRADES: B+ to A Range. Current
proficiency score is 7. Likely to have an "8" (A) by end of course.

CLASSROOM BEHAVIOR:

Student makes an effort to communicate in Spanish with teacher and peers. Communicates well in Spanish with less proficient peers, and this is beneficial for the whole class. When Dalton is off task, rarely do we need more than a reminder of responsibilities.

## Have you ever sent the student to the office for discipline?

Yes, once, on 03/07/17 for "Sleeping in class (multiple warnings)."

## HOMEWORK: Does student do assigned work?

Yes.

## ATTENDANCE: Absences from your class

01/09 – MED, 02/08 – PNT, 02/16 – MED, 02/22 – MED, 02/23 – MED, 02/24 – MED, 02/28 – OSS, 03/10 – OSS, 03/13 – OSS.

## Additional comments or suggestions

Professional assessment: Dalton does well in Spanish. He is on track to have a B+ or an A by end of the course. He does well in interpersonal conversation when most students are reticent to speak. This is the most difficult activity type for beginners because it creates anxiety and other affective issues. Dalton does not get too anxious to speak, and that's a benefit to my class.

**School:** Lexington High School     **Term:** 16-17 Quarter 3



## Quick Lookup

Bickley, Michael Dalton  9  610010014385   State ID: 5412131697   Entry Date: 08/15/2016     LHS

### Attendance By Class

| Exp | Last Week | | | | | This Week | | | | | Course | Q1 | Q2 | S1 | Q3 | Q4 | S2 | Absences | | Tardies | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | M | T | W | H | F | M | T | W | H | F | | | | | | | | Q3 | 16-17 | Q3 | 16-17 |
| 1a-1c(A-E) | | | | | | OSS | OSS | OSS | | | English 2 McGrady, Jeremy Scott - Rm: L D102 | | | | 68 | -- | -- | 10 | 11 | 5 | 5 |
| 2a-2c(A-E) | | | | | | OSS | OSS | OSS | | | ILT Turner, Sonya Weathers - Rm: L F215 | | | | -- | -- | -- | 9 | 10 | 0 | 0 |
| Ma-Mc(A-E) | | | | OSS | | OSS | OSS | OSS | | | Intmd Alg Klar, Haley Rae - Rm: L F208 | | | | 76 | -- | -- | 10 | 11 | 0 | 0 |
| 3a-3c(A-E) | | | | OSS | | OSS | OSS | OSS | | | Spanish 1 Wilkins, John Russell - Rm: L F108 | | | | -- | -- | -- | 11 | 12 | 0 | 0 |
| 4a-4c(A-E) | | | | PNT | OSS | OSS | OSS | OSS | | | Art 1 Cummins, Daniel - Rm: L C101 | | | | 66 | -- | -- | 12 | 13 | 0 | 0 |
| HR(A-E) | | | | | | OSS | OSS | OSS | | | Homeroom 9th Blackburn, Jason Dean - Rm: L F113 | | | | -- | -- | -- | 7 | 12 | 0 | 0 |
| | | | | | | | | | | | | | | Attendance Totals | | | | 59 | 69 | 5 | 5 |

Current SCDE 2016 Unweighted GPA GPA (Q3): 1.041

Show dropped classes also

### Attendance By Day

| Last Week | | | | | This Week | | | | | Absences | | Tardies | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M | T | W | H | F | M | T | W | H | F | Q3 | YTD | Q3 | YTD |
| | | | | | OSS | OSS | OSS | OSS | | 7 | 12 | 8 | 30 |
| | | | | | | | Attendance Totals | | | 7 | 12 | 8 | 30 |

Expulsion Packet 029

drugs.com

- Abdominal or stomach pain (severe)

- attempts at suicide or thoughts of suicide (usually stops after medicine is stopped)

- back pain

- bleeding or inflammation of the gums

- blurred vision or other changes in vision

- changes in behavior

- decreased vision after sunset or before sunrise (sudden or may continue after medicine is stopped)

- diarrhea (severe)

- headache (severe or continuing)

- mental depression

- nausea and vomiting

- pain or tenderness of the eyes

Expulsion Packet 030

# EXHIBIT "C"

3/27/2017                          Lexington County School District One Mail - Fwd: DB



David Seddon <dseddon@lexington1.net>

## Fwd: DB

2 messages

**Melissa Rawl** <mrawl@lexington1.net>
To: David Seddon <DSeddon@lexington1.net>

Sun, Nov 8, 2015 at 2:43 PM

Sent from my iPhone

Begin forwarded message:

> **From:** Jacob Smith <jsmith@lexington1.net>
> **Date:** November 8, 2015 at 1:46:21 PM EST
> **To:** Sherry Walters <swalters@lexington1.net>, Melissa Rawl <MRawl@lexington1.net>
> **Cc:** RBHSAdministrators <rbhsadministrators@lexington1.net>
> **Subject: DB**
>
> Melissa and Sherry,
>
> M. Dalton Bickley was removed from the River Bluff game Friday for throwing skittles at the homecoming car as it drove on the game field. He was witnessed by RB PE teacher Kelly Snipes. When he was questioned, he lied to me and the officers on duty. He told us he was a student at Chapin and his name was Dalton Ball. He was also extremely rude and disrespectful as he was questioned. He caused a disruptive scene in the student section and at the main gate. He was a previous student at MGM. Other students identified him.
>
> Thanks,
>
> Jacob
>
>
> --
> Jacob Smith III
> Assistant Principal
> River Bluff High School
> 320 Corley Mill Road
> Lexington, SC 29072
> Office – 803.821.0705
> Fax – 803.821.0703
> http://rbhs.lexington1.net:8044/

**Melissa Rawl** <mrawl@lexington1.net>
To: David Seddon <DSeddon@lexington1.net>

Sun, Nov 8, 2015 at 2:45 PM

We'll discuss Monday morning.

Sent from my iPhone
[Quoted text hidden]

Lexington County School District One Mail - Incident



David Seddon <dseddon@lexington1.net>

## Incident
1 message

**David Seddon** <dseddon@lexington1.net>                    Mon, Nov 9, 2015 at 12:24 PM
To: jsmith@lexington1.net

Jacob,

We met with Dalton Bickley this morning. I just wanted to fill you in on a few things. Please call me on my cell 803-719-6107.

--

David J. Seddon
Assistant Principal
Lexington High School
2463 Augusta Highway
Lexington, SC 29072
803-821-3408

3/27/2017                                    Lexington County School District One Mail - Fwd: FW: Report



David Seddon <dseddon@lexington1.net>

## Fwd: FW: Report
1 message

**Lonnie McElwain** <lmcelwain@lexington1.net>                                    Tue, Nov 10, 2015 at 8:52 AM
To: David Seddon <dseddon@lexington1.net>, Luke Clamp <lclamp@lexington1.net>, Jacob Smith
<jsmith@lexington1.net>

Incident report on Michael Dalton Bickley.


Lonnie McElwain
SRO River Bluff High School
Office: 821-0923




## Sergeant D. W. Swinson

## Lexington County Sheriff's Department

## North Region Community Services

wswinson@lcsd.sc.gov

(803) 732-0536 / (803) 200-8424

  


15021756.pdf

| | | |
|---|---|---|
| **Agency Name** | **INCIDENT/INVESTIGATION** | **Case#** 15-021756 |
| Lexington County Sheriff's Department | **REPORT** | |

| | | | |
|---|---|---|---|
| **ORI** SC0320000 | | **Date / Time Reported** 11/09/2015 10:2 Mo | |

**Last Known Secure** 11/06/2015 09:0 Fri

**At Found** 11/09/2015 00:0 Mo

**Location of Incident** 320 Corley Mill Rd, Lexington SC 29072-

**Premise Type** School-

**Zone/Tract** N3

| | | | |
|---|---|---|---|
| #1 | **Crime Incident(s)** All Other Offenses 90Z | (Co ) | **Weapon / Tools** |
| | | | Entry / Exit / Security / **Activity** |
| #2 | **Crime Incident** | ( ) | **Weapon / Tools** |
| | | | Entry / Exit / Security / **Activity** |
| #3 | **Crime Incident** | ( ) | **Weapon / Tools** |
| | | | Entry / Exit / Security / **Activity** |

**MO**

**# of Victims** 1    **Type:** SOCIETY/PUBLIC    **Injury:**

| | |
|---|---|
| **VI** | **Victim/Business Name (Last, First, Middle)** State Of South Carolina |
| | **Victim of Crime #** 1, | **DOB** Age | **Race** | **Sex** | **Relationship To Offender** | **Resident Status** | **Military Branch/Status** |

**Home Address** — Home Phone

**Employer Name/Address** — Business Phone / Mobile Phone

| **VYR** | **Make** | **Model** | **Style** | **Color** | **Lic/Lis** | **VIN** |
|---|---|---|---|---|---|---|

**CODES:** V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

**Type:** **Injury:**

| **Code** | **Name (Last, First, Middle)** | **Victim of Crime #** | **DOB** Age | **Race** | **Sex** | **Relationship To Offender** | **Resident Status** | **Military Branch/Status** |
|---|---|---|---|---|---|---|---|---|

**Home Address** — Home Phone

**Employer Name/Address** — Business Phone / Mobile Phone

**Type:** **Injury:**

| **Code** | **Name (Last, First, Middle)** | **Victim of Crime #** | **DOB** Age | **Race** | **Sex** | **Relationship To Offender** | **Resident Status** | **Military Branch/Status** |
|---|---|---|---|---|---|---|---|---|

**Home Address** — Home Phone

**Employer Name/Address** — Business Phone / Mobile Phone

1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged / Vandalized  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| **VI #** | **Code** | **Status Frm/To** | **Value** | **OJ** | **QTY** | **Property Description** | **Make/Model** | **Serial Number** |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**Officer/ID#** MCELWAIN, L. D. (SRO, NORR) (E72266)

**Invest ID#** (0)

**Supervisor** SWINSON, D. W. (COMS, NORR)

**Status** **Complainant Signature** | **Case Status** Active  11/09/2015 | **Case Disposition:** | Page 1

Printed By: SWINSONW,    Sys#: 134763    11/09/2015 15:48:16

**INCIDENT/INVESTIGATION REPORT**
By: SWINSONW,    11/09/2015 15:48

*Lexington County Sheriff's Department*
Page 2

Case# _15-021756_

Status Codes    1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown

| | IBR | Status | Quantity | Type Measure | Suspected Type | |
|---|---|---|---|---|---|---|
| D | | | | | | |
| R | | | | | | |
| U | | | | | | |
| G | | | | | | |
| S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

Suspect Hate / Bias Motivated:

**INCIDENT/INVESTIGATION REPORT**

Narr. (cont.) OCA: 15-021756     *Lexington County Sheriff's Department*     Page 2

NARRATIVE

# REPORTING OFFICER NARRATIVE

| Lexington County Sheriff's Department | | OCA 15-021756 |
| --- | --- | --- |
| Victim *Society* | Offense *ALL OTHER OFFENSES* | Date / Time Reported *Mon 11/09/2015* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

On November 6, 2015 at 320 Corley Mill Road Lexington, SC in Lexington County during a football game occurring at the River Bluff High School stadium a student was ordered to leave the stadium per school official because of an incident of throwing items.

While escorting the student out of the home side of the stadium, I asked the students his name and he replied "Dalton Ball". I made sure that I had the corrected spelling and showed him the name I written down on my notebook. Dalton said yes and I asked for his date of birth, which was given to me as September 28, 2000. I asked for a phone number for a parent and Dalton gave me Mike Ball 803-920-7894. I asked Dalton what school did he attend and he announced that he was from Chapin High School. Dalton asked why he was being escorted out. Detective Marthers told him because he was throwing objects. Dalton responded that he never did throw any of the Skittles candy. I asked Dalton if he could contact his mother or father to have him picked up. Dalton explained that he was with another student and his phone was dead. The other student, Andrew Murton, was close by and promised to take Dalton out of the stadium. As we were about to continue escorting Dalton to the home gate exit, Dalton pulled his phone out trying to call his mother. When he was asked by Sergeant Busby why did you lie to us about your phone. Dalton showed us that his phone had only 1% battery life left and he was trying to make the call. Dalton ended up using Andrew's phone in calling his mother to come pick him up.

Detective Marthers, Sergeant Busby, and myself help to escort Dalton and Andrew to the home gate. SRO Catoe was contacted to confirm that Dalton was one of his students and he stated that he doesn't know of any student by that name. Detective Marthers looked at the South Carolina Driver Motor Vehicle online to see if Dalton's identifiers match any on the website with negative results. SRO Reed was contacted to see if Dalton was one of his students. SRO Reed confirmed that he had no student by that name as well. I confronted Dalton again to see if he was telling me the truth about his name and where he goes to school. Dalton again informed me that he was Dalton Ball from Chapin High School.

Dalton was asked by Jacob Smith, school administrator, and Brant Glover, school administrator, what his name was. Dalton reluctantly gave his name as Dalton Ball from Chapin High School. Dalton's demeanor toward the school administrators was very disrespectful and was not forth coming on trying to give answers to his questions as well. Again at that time I asked Dalton to be honest about his name and about the incident that occurred. Dalton kept to his story of being Dalton Ball from Chapin High School. After all the answers to Jacob's question were answered, Dalton and Andrew were given permission to leave campus. It wasn't until later that another administrator's boys told them Dalton's real name: Michael Dalton Bickley and that he was a student at Lexington High School.

On November 9, 2015 Jacob Smith sent a email to Principal Melissa Rawl at Lexington High School about the incident at River Bluff High School. Melissa told Jacob that they will handle the school discipline. I made contact with SRO Reed and asked him to see if Dalton will tell them this time about his name and the incident. SRO Reed called me back and stated that Dalton told them that he gave the school administration and law enforcement his correct name as Dalton Bickley. I directed SRO Reed to have Dalton's mother be contacted to come to Lexington High School.

I went to Lexington High School and met with Teena Gibson, Dalton's mother in David Seddon's office

Reporting Officer: *MCELWAIN, L. D.*                                                                 Page 3

## REPORTING OFFICER NARRATIVE

| | | OCA |
|---|---|---|
| *Lexington County Sheriff's Department* | | *15-021756* |
| Victim | Offense | Date / Time Reported |
| *Society* | *ALL OTHER OFFENSES* | *Mon 11/09/2015* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

along with SRO Reed. I informed Teena that I was here to charge Dalton with False Information to a Police Officer. I stated to Teena that Dalton was given several opportunities to tell the truth and be honest about given his identifiers to school administration and law enforcement including the time today. Dalton came into the office and I asked him again what identifiers did he give me on Friday night. Dalton responded: Dalton Ball 09/28/2000 a student at Chapin High School. Teena also said that Dalton has no father that participates in his life. I advised Dalton that he was being charged with False Information to a Police Officer. I released Dalton upon Teena's signature on the Juvenile Custodial Release Form. I explained the family court process toward Teena and Dalton. Teena wanted to continue this incident in family court and not the Juvenile Arbitration Program.

Dalton was discipline according to Lexington District One school's policies and procedures. A copy of this report will be sent to Department of Juvenile Justice and the solicitor's office.

## Incident Report Suspect List

*Lexington County Sheriff's Department*

OCA: *15-021756*

| 1 | Name (Last, First, Middle)<br>*BICKLEY, MICHAEL DALTON* | Also Known As | Home Address<br>*103 HIGH RD*<br>*LEXINGTON, SC 29072*<br>*803-920-7034* |
|---|---|---|---|
| | Business Address | | |

| DOB.<br>*08/28/200* | Age<br>*15* | Race<br>*W* | Sex<br>*M* | Eth<br>*N* | Hgt<br>*509* | Wgt<br>*150* | Hair<br>*BR* | Eye<br>*BR* | Skin<br>*FA* | Driver's License / State.<br>*104054914 SC* |
|---|---|---|---|---|---|---|---|---|---|---|

Scars, Marks, Tattoos, or other distinguishing features

| *Reported Suspect Detail* | Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | Make | Model | | Color | Caliber | Dir of Travel |
| | | | | | | | Mode of Travel |
| VehYr/Make/Model | | Drs | Style | Color | Lic/St | | VIN |

Notes

Physical Char