# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Michael "Dalton" Bickley, ) | |
|                               Plaintiff, ) | CIVIL ACTION NO. 3:19-cv-02598-SAL |
| ) | |
| vs. ) | **RESPONSE AND CONSENT OF** |
| ) | **DEFENDANT SOUTH CAROLINA** |
| Lexington County School District 1, South ) | **BOARD OF EDUCATION TO** |
| Carolina Board of Education, South ) | **PLAINTIFF'S MOTION FOR EXTENSION** |
| Carolina High School League, and ) | **OF TIME TO RESPOND TO MOTIONS** |
| Lexington Baseball Club, ) | **FOR SUMMARY JUDGMENT** |
| ) | |
|                           Defendants. ) | |
| ) | |

The Defendant South Carolina Board of Education, by and through its undersigned attorneys, hereby responds to the Plaintiff's Motion for Extension of Time to Respond to Motions for Summary Judgment (ECF Entry Number 32), filed September 21, 2020, by **consenting** to the motion.

                                                                     Respectfully submitted,

                                                                       *s/Patrick J. Frawley*
                                                                       Patrick J. Frawley, Fed. I.D. #890
                                                                       DAVIS FRAWLEY, LLC
                                                                       140 East Main Street (29072)
                                                                       PO Box 489
                                                                       Lexington SC 29071-0489

Lexington, South Carolina                      (803) 359-2512; F: (803) 359-7478
September 22, 2020.                           pat@oldcourthouse.com
                                                                       ATTORNEYS FOR DEFENDANT SOUTH
                                                                       CAROLINA BOARD OF EDUCATION